UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **VIRGINIA COLLEGE LLC,** | } |
| Plaintiff, | } |
| v. | } Case No.: 2:14-CV-01187-MHH |
| **NATIFRACURIA DANIELS,** | } |
| Defendant. | } |

## ORDER

On July 31, 2014, the Magistrate Judge's report and recommendation was entered, and the parties were allowed fourteen days in which to file objections. No objections to the report and recommendation have been filed by plaintiff or defendant.

After careful consideration of the record in this case and the Magistrate Judge's report and recommendation, the Court hereby **ADOPTS** the report of the Magistrate Judge. It is, therefore, **ORDERED, ADJUDGED AND DECREED** that:

(1) Virginia College's amended petition for confirmation of an arbitration award (Doc. 8) is **GRANTED**;

(2) the arbitration award is **CONFIRMED**; and

(3) costs are taxed as paid.

**DONE** and **ORDERED** this October 21, 2014.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE